1
2
3
4

# UNITED STATES DISTRICT COURT

5

## EASTERN DISTRICT OF CALIFORNIA

6
7

YER VUE,                                              Case No. 1:25-cv-00567-SKO

8
                        Plaintiff,              **ORDER GRANTING PLAINTIFF'S**
                                                **APPLICATION TO PROCEED IN**
9
        v.                                      **FORMA PAUPERIS**

10
FRANK BISIGNANO, Commissioner of              (Doc. 2)
Social Security
11
                        Defendant.
12
_____/

13

14          Plaintiff Yer Vue filed a complaint on May 13, 2025, along with an application to proceed

15  *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates

16  entitlement to proceed without prepayment of fees.

17          Accordingly, IT IS HEREBY ORDERED that:

18          1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED; and

19          2.      The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms,

20                  and the Scheduling Order.  Service on the defendant shall proceed under the Court's

21                  E-Service program as follows: once a summons is issued, the Clerk of Court shall

22                  deliver to the Commissioner of Social Security Administration and the United States

23                  Attorney's Office at their designated email addresses, a notice of electronic filing of

24                  the action along with the summons and complaint.

25
26  IT IS SO ORDERED.

27  Dated:    **May 14, 2025**                          */s/ Sheila K. Oberto*

28                                                  UNITED STATES MAGISTRATE JUDGE