DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Yer Vue,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Frank Bisignano, COMMISIONER OF SOCIAL SECURITY[1],<br><br>　　　　　Defendant. | Case No. 1:25-cv-00567-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER<br><br>(Doc. 15) |

　　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 3-day extension of time, from September 30, 2025 to October 3, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's second request for an extension of time. Counsel for Plaintiff respectfully submits that good cause exists for the requested extension. Counsel was only recently assigned to this matter and requires time to become fully familiar with the record. In

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

1  addition, Counsel will be attending the NOSSCR conference from September 8, 2025, through
2  September 12, 2025. Counsel will also be observing Rosh Hashana from September 22, 2025,
3  through September 23, 2025. For these reasons, additional time is necessary to prepare and brief
4  the issues thoroughly for the Court's consideration.
5  . Defendant does not oppose the requested extension. Counsel apologizes to the
6  Defendant and Court for any inconvenience this may cause.

                                Respectfully submitted,

Dated: August 29, 2025         PENA & BROMBERG, ATTORNEYS AT LAW

                            By: */s/ Dolly M. Trompeter*
                                DOLLY M. TROMPETER
                                Attorneys for Plaintiff

Dated: _____                    ERIC GRANT
                                United States Attorney
                                MATTHEW W. PILE
                                Associate General Counsel
                                Office of Program Litigation, Office 7

                            By:  */s/ Franco L. Becia*
                                Franco L. Becia
                                Special Assistant United States Attorney
                                Attorneys for Defendant
                                (*As authorized by email on August 29, 2025)

**ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 15), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that Plaintiff's request for a 3-day extension from September 30, 2025 to October 3, 2025, to serve Defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT is GRANTED. Plaintiff shall have up to and including October 3, 2025, to serve Plaintiff's Motion for Summary Judgment on Defendant. All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **September 2, 2025**           /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE